**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-1831**

In Re:   JAMES CHRISTOPHER ANDERSON, on behalf of himself
and all others similarly situated,

Petitioner.

On Petition for Writ of Mandamus.   (5:08-ct-03046-D)

Submitted:  October 14, 2008          Decided:  October 16, 2008

Before KING, GREGORY, and AGEE, Circuit Judges.

Petition denied by unpublished per curiam opinion.

James Christopher Anderson, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Christopher Anderson petitions for a writ of mandamus, seeking an order that North Carolina allow conjugal visits for its married prisoners. Mandamus is a drastic remedy to be used only in extraordinary circumstances. Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976). "The courts are extremely reluctant to grant a writ of mandamus." In re Ford Motor Co., 751 F.2d 274, 275 (8th Cir. 1984). In seeking mandamus relief, Anderson carries the heavy burden of showing that he has no other adequate means to obtain the relief requested, and that his right to such relief is clear and indisputable. In re First Fed. Sav. & Loan Ass'n v. Baker, 860 F.2d 135, 138 (4th Cir. 1988). The Constitution does not guarantee conjugal visitation privileges to incarcerated persons. Turner v. Safley, 482 U.S. 78, 95-96 (1987). Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED